IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40592
Conference Calendar
_____


JAMES HENRY JOHNSON,

                                        Plaintiff-Appellant,

versus

JAMES A. SHAW, JR., Warden;
WAYNE SCOTT; TDCJ COMMISSIONERS;
BILL LAYTON,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CV-682
- - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

        James Henry Johnson appeals the dismissal of his 42 U.S.C.

§ 1983 suit for failure to comply with a court order under Fed.

R. Civ. P. 41(b).  Although Johnson raises several "questions"

and "issues" he believes are relevant to his suit, he fails to

provide any supporting legal argument.  This court requires

        [*]      Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

arguments to be briefed in order to be preserved.  <u>Yohey v. Collins</u>, 985 F.2d 222, 225 (5th Cir. 1993).

Johnson's "motion for temporary restraining order" is DENIED.

APPEAL DISMISSED.  <u>See</u> 5th Cir. Rule 42.2.